**Jerry Adam HELMS, Jr., Petitioner–Appellant,**

v.

**Patrick CONROY; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 02–7032.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2003.

Decided Feb. 14, 2003.

Jerry Adam Helms, Jr., Appellant Pro Se. John Joseph Curran, Jr., Attorney

General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, WILKINS, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerry Adam Helms seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000) and denying his motions for a new trial and to alter or amend the judgment. We have reviewed the record and conclude for the reasons stated by the district court that Helms has not made a substantial showing of the denial of a constitutional right. *See Helms v. Conroy,* No. CA–02–68–PJM (D. Md. June 20 and July 24, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*